UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DOUGLAS J. HOWERY, | ) |
| Petitioner, | ) |
| v. | ) No. 4:19-cv-02564-DDN |
| EILEEN RAMEY, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion of petitioner Douglas J. Howery for leave to proceed in forma pauperis. (Docket No. 2). Having reviewed the motion and the financial information submitted in support, the Court finds that it should be granted.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for leave to proceed in forma pauperis (Docket No. 2) is **GRANTED**.

Dated this 17th day of September, 2019.

                                                                           /s/ David D. Noce
                                                       UNITED STATES MAGISTRATE JUDGE